**UNITED STATES DISTRICT COURT**
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: CR 14-6106-Hunt |
| Plaintiff ) | |
| ) | REPORT COMMENCING CRIMINAL |
| -vs- ) | ACTION |
| ) | |
| Eric Beasley ) | 05100-104 |
| Defendant | USMS NUMBER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:  Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
     U.S. District Court         FT. PIERCE
                          (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed.  Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/10/14   5:10   am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Title 18 2422(b) - Enticement

(4) U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 5/15/89

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint to be filed/(already filed)
    Case # 14-6107-Hunt

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ No Bond
Who set Bond:

(7) Remarks:

(8) Date: 4/10/14     (9) Arresting Officer: Daniel John

(10) Agency: FBI            (11) Phone: 954-658-8701

(12) Comments: