UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-6106-HUNT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERIC BEASLEY,

       Defendant.
_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on April 11, 2014, a hearing was held to determine whether the Defendant ERIC BEASLEY should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that Defendant be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), this Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged in a criminal complaint with using a facility and means of interstate commerce to knowingly persuade, induce, entice and coerce a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b). The charge carries a minimum penalty of 10 years imprisonment with a maximum of life. A rebuttable

presumption arises based upon a probable cause finding that the Defendant committed an offense under this section. 18 U.S.C. § 3142(e)(3)(E). The Court finds that the government has established probable cause in this case. 18 U.S.C. § 3142(g)(1).

    2. The weight of the evidence against the Defendant is substantial. 18 U.S.C. § 3142(g)(2). At the hearing, the government proceeded by way of proffer, with FBI special agent Daniel Johns then made available for cross examination. The evidence shows that on April 1, 2014, Lighthouse Point police arrested Defendant, who was apparently engaged in sexual activity with the victim in the back of a parked car. After initially claiming to be 19 years old, the victim admitted that she was 14 years old. Defendant initially stated that he thought the victim was 19, but the victim's mother came to the scene and advised that the victim is 14, and that Defendant is her ninth grade biology teacher. Defendant later admitted that he began a physical relationship with his student on or about February 14, 2014, and that the two engaged in sexual activity on numerous occasions. A consent search of Defendant's cell phone revealed a sexually explicit video of Defendant that he sent to the victim, and at least one partially naked picture of an individual who appears to be the victim, as well as graphic texts. The victim corroborated Defendant's statements. The government proffered that a student and parent had approached school administrators in December, 2013, to report suspected inappropriate behavior between Defendant and the victim. At that time, Defendant was questioned and specifically warned not to spend any time alone with the victim. Defendant was charged in state court with multiple counts of sexual assault, and was released on a $92,000 bond

on April 2, 2014. There is no indication that he violated any conditions of bond, or that he has had any contact with the victim since his arrest.

3. The pertinent history and characteristics of the Defendant are that he is a 24 year old U.S. citizen who has lived in South Florida for approximately five years. His parents live in Ohio. He is single and has no children. He is a graduate of Broward College, and was employed as a teacher at Zion Lutheran Christian School. He does not appear to have a substance abuse problem. He has no criminal history. Defense counsel submitted numerous letters from friends attesting to his good character, and Defendant's girlfriend appeared at the hearing in support of Defendant's bond request. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. Because Defendant has substantial community ties, no criminal history and has made no attempt to flee since his release on the state bond, the undersigned finds that he has overcome the statutory presumption of risk of flight. However, because of the nature of the charge, which involves a 14 year old victim, the duration of the relationship and multiple instances of sexual activity, the abuse of a position of trust and authority, and the continuing of the sexual relationship after specific warnings from school officials, the undersigned finds that Defendant has not overcome the presumption that he is a danger to any other person and to the community. 18 U.S.C. § 3142(g)(4).

5. This Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, this Court has concluded that this Defendant presents a danger to any other person and the community. The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of April, 2014.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record