AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
ERIC BEASLEY

Defendant

Case No. 14-6106-HUNT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC BEASLEY #05100-104 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Knowingly use a means of interstate or foreign commerce to persuade, induce, entice, or coerce a minor who has not yet attained the age of 18 years to engage any sexual activity for which any individual can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

Date: 04/10/2014

*Issuing officer's signature*

City and state: Fort Lauderdale, Florida

Patrick M. Hunt U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 4-10-14 , and the person was arrested on *(date)* 4-10-14
at *(city and state)* Plantation, FL .

Date: 4/11/14

*Arresting officer's signature*

Sabrina Livingston, SDUSM
*Printed name and title*

9505042