

FILED by BD D.C.

ELECTRONIC

Apr 24, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-60085-CR-ZLOCH/HUNT**

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

v.

ERIC BEASLEY,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about February 14, 2014, and continuing until on or about April 1, 2014, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**ERIC BEASLEY,**

using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, that is I.M., to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of the above-charged offense, an offense in violation of Title 18, United States Code, Section 2422, the

defendant, **ERIC BEASLEY**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses, or any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

    (a)    One (1) iPhone 5, serial number F1GJMMNLF8H2, and.
    (b)    One (1) Apple laptop computer, serial number W8007L468PW.

All pursuant to Title 18, United States Code, Section 2428 and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, U.S.C., Section 2461(c).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                         CASE NO. _____

vs.
                                                 **CERTIFICATE OF TRIAL ATTORNEY***

**ERIC BEASLEY,**
                         **Defendant.**
_____ /          **Superseding Case Information:**

**Court Division:** (Select One)                 New Defendant(s)  ____ Yes  ____ No
                                                 Number of New Defendants ____
  Miami ____      Key West ____                  Total number of counts ____
  FTL   _X_       WPB ____     FTP ____

  I do hereby certify that:

  1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

  2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

  3.  Interpreter:    (Yes or No)    _No_
      List language and/or dialect   _____

  4.  This case will take    _3_    days for the parties to try.

  5.  Please check appropriate category and type of offense listed below:
      (Check only one)                                 (Check only one)

      I    0 to 5 days      _X_                        Petty      _____
      II   6 to 10 days     _____                      Minor      _____
      III  11 to 20 days    _____                      Misdem.    _____
      IV   21 to 60 days    _____                      Felony     _X_
      V    61 days and over _____

  6.  Has this case been previously filed in this District Court?    _____ (Yes or No)
      If yes:
      Judge: _____     Case No. _____
              (Attach copy of dispositive order)
      Has a complaint been filed in this matter?    _YES_ (Yes or No)
      If yes:
      Magistrate Case No.                    14-6106-PMH
      Related Miscellaneous numbers:         _____
      Defendant(s) in federal custody as of  04/10/2014
      Defendant(s) in state custody as of    _____
      Rule 20 from the District of           _____

      Is this a potential death penalty case?    _____ (Yes or No)

  7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____Yes   _X_ No

  8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____Yes   _X_ No

                                                 _____
                                                 M. CATHERINE KOONTZ
                                                 ASSISTANT UNITED STATES ATTORNEY
                                                 Florida Bar No./Court A5501929

Penalty Sheet(s) attached                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ERIC BEASLEY

Case No: _____

Count: 1

Use of computer to attempt to entice a child to engage in sexual activity

18 U.S.C. § 2422(b)

**\*Max. Penalty:**  mandatory minimum 10 years' to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count:

_____

_____

**\*Max. Penalty:**

Count:

_____

_____

**\*Max. Penalty:**

Count:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.